| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>6 Campus Drive, Suite 304<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>YCH1838<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>TATIANA D. KHITROVO-MALDENER<br>*aka* TATIANA DMITRIEVNA KHITROVO-MALDENER<br><br> Debtor(s). | Case No.:   25-22692 JNP<br><br>Adv. No.:<br><br>Hearing Date: February 18, 2026<br><br>Judge: Jerrold N. Poslusny Jr. |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for Fein, Such, Kahn & Shepard, P.C., who represents the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On February 4, 2026, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Order Resolving Objection to Confirmation.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LEE MARTIN PERLMAN<br>LEE M. PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL, NJ 08003 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(D.N.J. LBR 9013-4) |
| ANDREW B FINBERG<br>OFFICE OF THE CHAPTER 13<br>STANDING TRUSTEE<br>535 ROUTE 38<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| TATIANA D. KHITROVO-MALDENER aka<br>TATIANA DMITRIEVNA KHITROVO-MALDENER<br>310 KESWICK DRIVE<br>WOOLWICH, NJ 08085 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 4, 2026          */s/ Kelly Mastandrea*
                                 Kelly Mastandrea