UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
YCH1838
bankruptcy@fskslaw.com

**Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:  25-22692 JNP |
| TATIANA D. KHITROVO-MALDENER *aka* TATIANA DMITRIEVNA KHITROVO-MALDENER | Adv. No.: |
| | Hearing Date: February 18, 2026 |
| Debtor(s). | Judge: Jerrold N. Poslusny Jr. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 13, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): TATIANA D. KHITROVO-MALDENER *aka* TATIANA DMITRIEVNA
KHITROVO-MALDENER
Case No: 25-22692 JNP
Caption of Order:  **ORDER RESOLVING OBJECTION TO CONFIRMATION**

Upon the Objection of Fein, Such, Kahn & Shepard, P.C., Attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as 310 KESWICK DR, WOOLWICH TOWNSHIP, NJ 08085 as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 plan.

2. Should the Debtor(s) dispute the amount to be paid inside the Chapter 13 plan, the Debtor(s) do not waive the right to file an objection to the proof of claim subject to D.N.J. LBR 3007-1.

3. The Debtor(s) shall maintain regular monthly mortgage payments commencing with the first payment due after the date of bankruptcy filing.

4. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

5. This order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.