UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
YCH1838
bankruptcy@fskslaw.com

**Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TATIANA D. KHITROVO-MALDENER
*aka* TATIANA DMITRIEVNA KHITROVO-
MALDENER

  Debtor(s).

Case No.:  25-22692 JNP

Adv. No.:

Hearing Date: February 18, 2026

Judge: Jerrold N. Poslusny Jr.

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 13, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): TATIANA D. KHITROVO-MALDENER *aka* TATIANA DMITRIEVNA
KHITROVO-MALDENER
Case No: 25-22692 JNP
Caption of Order:  **ORDER RESOLVING OBJECTION TO CONFIRMATION**

Upon the Objection of Fein, Such, Kahn & Shepard, P.C.,
Attorneys for the Secured Creditor,  JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, as to certain real property known as <u>310 KESWICK DR,
WOOLWICH TOWNSHIP, NJ 08085</u> as set forth in the papers, and for
good cause shown;

**ORDERED AS FOLLOWS:**

1.   The arrearage claim of Secured Creditor shall be allowed
and paid through the Chapter 13 plan.

2.   Should the Debtor(s) dispute the amount to be paid inside
the Chapter 13 plan, the Debtor(s) do not waive the right to file
an objection to the proof of claim subject to D.N.J. LBR 3007-1.

3.   The Debtor(s) shall maintain regular monthly mortgage
payments commencing with the first payment due after the date of
bankruptcy filing.

4.   The monthly post-petition payment amount is subject to
change in accordance with the terms of the underlying note,
mortgage and applicable federal and state law.

5.   This order shall be incorporated in and become a part of
any Order Confirming Plan in the herein matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-22692-JNP

Tatiana D. Khitrovo-Maldener                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID**           **Recipient Name and Address**
db                +   Tatiana D. Khitrovo-Maldener, 310 Keswick Drive, Woolwich, NJ 08085-2540

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor ACHM Trust 2024-HE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Tatiana D. Khitrovo-Maldener ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5