Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−22692−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tatiana D. Khitrovo−Maldener
   aka Tatiana Dmitrievna
   Khitrovo−Maldener
   310 Keswick Drive
   Woolwich, NJ 08085

Social Security No.:
   xxx−xx−6051

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2026.

Dated: March 19, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 25-22692-JNP

Tatiana D. Khitrovo-Maldener                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 3

Date Rcvd: Mar 19, 2026                       Form ID: plncf13                            Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tatiana D. Khitrovo-Maldener, 310 Keswick Drive, Woolwich, NJ 08085-2540 |
| 520902845 | | NewRez Financial, LLC, dba Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520964858 | | Email/Text: mtgbk@shellpointmtg.com | Mar 19 2026 21:31:00 | ACHM Trust 2024-HE1, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520944979 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2026 21:39:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520902834 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2026 21:39:16 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520902835 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 19 2026 21:30:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520960333 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 19 2026 21:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520902836 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 19 2026 21:39:05 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 520902837 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 21:39:58 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520902838 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 21:39:10 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520902839 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 21:39:57 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 520902840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2026 21:50:16 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520902841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2026 21:31:00 | Comenity Capital/Sephora, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 520902842 | | Email/Text: mrdiscen@discover.com | Mar 19 2026 21:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520902843 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2026 21:31:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA |

District/off: 0312-1 User: admin Page 2 of 3
Date Rcvd: Mar 19, 2026 Form ID: plncf13 Total Noticed: 31

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 520945453 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2026 21:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520945770 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 21:39:34 | JPMorgan Chase Bank National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520969779 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:40:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520977346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:39:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 520902846 | | Email/Text: EBN@Mohela.com | Mar 19 2026 21:31:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520914526 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 19 2026 21:31:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520965078 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2026 21:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520969784 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:40:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520902844 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 19 2026 21:30:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520917005 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:39:46 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520902847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2026 21:39:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520902848 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2026 21:39:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520902849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2026 21:39:05 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520902850 | + | Email/Text: bncmail@w-legal.com | Mar 19 2026 21:31:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520977345 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520977348 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520977349 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor ACHM Trust 2024-HE1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Tatiana D. Khitrovo-Maldener ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5